**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re Shayne Charles Callan | NO. CV 16-2999-R |
| Shayne Charles Callan,<br>　　　　Appellant, | Case in other court:<br><br>USBC Central District of California at Los Angeles, 2:16-bk-10867-SK |
| v. | |
| Bob H Bront,<br>　　　　Appellee. | **ORDER OF DISMISSAL<br>BY LACK OF PROSECUTION** |

　　WHEREAS Appellant was ordered to show cause in writing by not later than **September 12, 2016,** why this action should not be dismissed for lack of prosecution

　　WHEREAS this period has elapsed without any action by Appellant.

　　The Court hereby DISMISSES the instant case for lack of prosecution.

Dated: September 13, 2016.

　　　　　　　　　　　　　　　　　　　　　HON. MANUEL L. REAL
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE